DANIEL NORDBY
PARTNER
Shutts & Bowen LLP
215 South Monroe Street
Suite 804
Tallahassee, FL  32301
(850) 241-1717
DNordby@shutts.com

May 8, 2025

**Via CM/ECF**

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

        Re:   *UPSIDE Foods Inc v. Wilton Simpson, et al*, No. 24-13640-C
              Letter pursuant to Federal Rule of Appellate Procedure 28(j)

Dear Mr. Smith,

      In their answer briefs, Defendants-Appellees Commissioner Simpson and State Attorneys argued that this appeal of the district court's order denying a preliminary injunction should be dismissed as moot because the two preemption claims under the Poultry Products Inspection Act (PPIA) upon which Plaintiff-Appellant UPSIDE Foods based its motion for preliminary injunction had been superseded by four new PPIA preemption claims in UPSIDE's later-amended complaint. ECF No. 38 at 15-16; ECF No. 41 at 25, 30-31.  Thus, this Court's consideration of the district court's order denying a preliminary injunction on now-nullified claims would improperly adjudicate moot issues. *See id.*

      On April 25, 2025, the district court ruled on Defendants-Appellees' motions to dismiss Plaintiff-Appellant's amended complaint, granting the motions as to all four of UPSIDE's new preemption claims.  A copy of the district court's order dismissing Plaintiff-Appellant's subsequently-amended preemption claims is attached here.  The dismissal of these claims further underscores the moot nature of the issues UPSIDE raises in this appeal.

May 8, 2025
Page 2

The district court's order also finds that the PPIA expressly forecloses any private right of action, which supports alternative arguments Defendants-Appellees made to this Court as to why UPSIDE cannot prevail on appeal—specifically, that the district court correctly denied a preliminary injunction because UPSIDE is not substantially likely to prevail on the merits of its claims where there is no right of action. *See* Order at 9-14; ECF No. 38 at 26-27; ECF No. 41 at 34-37.

Defendants–Appellees respectfully submit that this development further supports their request that the appeal be dismissed as moot or, alternatively, that the order on appeal be affirmed based on Plaintiff–Appellant's inability to establish substantial likelihood of success on the merits of the underlying claims.

Sincerely,

*/s/   Daniel E. Nordby*

*Counsel for Defendant–Appellee Wilton Simpson, Commissioner of the Florida Department of Agriculture & Consumer Services*

*/s/   David M. Costello*

*Counsel for Defendants–Appellees Jack Campbell, Bruce L. Bartlett, Andrew A. Bain, and Katherine Fernandez Rundle, State Attorneys for the Second, Sixth, Ninth, and Eleventh Judicial Circuits*

cc: Plaintiff–Appellant's Counsel (via CM/ECF)