# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13640

_____

UPSIDE FOODS INC,

                              *Plaintiff-Appellant,*

versus

COMMISSIONER, FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER SERVICES,
ATTORNEY GENERAL, STATE OF FLORIDA,
STATE ATTORNEY, THE SECOND JUDICIAL
CIRCUIT OF FLORIDA,
STATE ATTORNEY, THE SIXTH JUDICIAL
CIRCUIT OF FLORIDA,
STATE ATTORNEY, 9TH JUDICIAL CIRCUIT, et al.,

                              *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cv-00316-MW-MAF

_____

2                       Order of the Court                       24-13640

ORDER:

The parties are directed to file supplemental briefs addressing the following question:

Did UPSIDE's appeal of the order denying its request for a preliminary injunction become moot after the district court entered an order dismissing all of UPSIDE's preemption claims? *Cf. Harper ex rel. Harper v. Poway Unified Sch. Dist.*, 549 U.S. 1262 (2007) (mem.); *Arc of California v. Douglas*, 757 F.3d 975 (9th Cir. 2014).

The parties should file their briefs on or before Friday, October 17, 2025. Briefs should be no longer than 3,000 words.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION