# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13640

_____

UPSIDE FOODS INC,

*Plaintiff-Appellant,*

versus

COMMISSIONER, FLORIDA DEPARTMENT OF
AGRICULTURE AND CONSUMER SERVICES,
ATTORNEY GENERAL, STATE OF FLORIDA,
STATE ATTORNEY, THE SECOND JUDICIAL
CIRCUIT OF FLORIDA,
STATE ATTORNEY, THE SIXTH JUDICIAL
CIRCUIT OF FLORIDA,
STATE ATTORNEY, 9TH JUDICIAL CIRCUIT, et al.,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cv-00316-MW-MAF

_____

2                      Order of the Court                      24-13640

ORDER:

      This case is set for oral argument Tuesday, November 4, 2025. Counsel you are directed to be prepared to discuss

      To the extent the parties address at oral argument the Commissioner's argument that "UPSIDE lacks a private cause of action," Br. at 32, the parties should be prepared to address the following authorities:

1. *Georgia Latino All. for Hum. Rts. v. Governor of Georgia*, 691 F.3d 1250, 1260–62 (11th Cir. 2012) ("Like the other circuits to address the issue head on, we 'have little difficulty in holding that [Plaintiffs] have an implied right of action to assert a preemption claim seeking injunctive . . . relief.'" (quoting *Planned Parenthood of Houston & Se. Tex. v. Sanchez*, 403 F.3d 324, 334 n. 47, 335 (5th Cir. 2005)).

2. The Declaratory Judgment Act, 28 U.S.C. §§ 2201–2202.

                                               DAVID J. SMITH
                               Clerk of the United States Court of
                                     Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION